```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 36880
   ESTEBAN VILLERRAL MEJIA SR
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1731

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 12/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/24/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     8295.97         588.51        8295.97
CHASE FREEDOM             UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    10467.65         742.61       10467.65
DISCOVER FINANCIAL SERVI  UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     4237.26         300.61        4237.26
RESURGENT ACQUISITION LL  UNSEC W/INTER     2655.11         188.34        2655.11
WORLD FINANCIAL NETWORK   UNSEC W/INTER      321.23          23.33         321.23
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         1,707.09
DEBTOR REFUND             REFUND                                          3,132.29

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              35,360.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      25,977.22
    INTEREST                                    1,843.40
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,707.09
DEBTOR REFUND                                   3,132.29
                   --------------         --------------
TOTALS              35,360.00                  35,360.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 36880 ESTEBAN VILLERRAL MEJIA SR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/29/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```